Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

_____ Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 13 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Jonathan Wallace Tucker

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Major White &
Jud Smith Sherrif

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

2  19 - C V - 0093

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                          Jonathan Wallace Tucker

All other names by which
you have been known:

ID Number                                   36133

Current Institution                        Barrow County Jail, HS

Address                                       652 Barrow Park Dr.

Winder,                        Georgia                    30680
*City*                          *State*                   *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                              Major White

Job or Title *(if known)*       Jail Commander

Shield Number

Employer                          Barrow County Jail / Sherrif's Dept.

Address                           652 Barrow Park Dr.

Winder,                 GA            30680
*City*                 *State*        *Zip Code*

☒ Individual capacity     ☒ Official capacity

Defendant No. 2
Name                              Jud Smith

Job or Title *(if known)*       Sherrif

Shield Number

Employer                          Barrow County Sherrif's Dept. / Jail

Address                           652 Barrow Park Dr.

Winder,                 GA            30680
*City*                 *State*        *Zip Code*

☒ Individual capacity     ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                                    _____
    Job or Title *(if known)*    _____
    Shield Number           _____
    Employer               _____
    Address                _____
                                         _____ _____ _____
                                        *City*         *State*       *Zip Code*
                  ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name                                      _____
    Job or Title *(if known)*    _____
    Shield Number           _____
    Employer               _____
    Address                _____
                                         _____ _____ _____
                                          *City*         *State*       *Zip Code*
                  ☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment "Equate Protection" Clause and RLUIPA.
("Free Exercise" Clause of 1st Amendment + "42 USC §2000cc")

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)*   Probation Violator.

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Between Jan 7, 2019 & April 22, 2019 (Easter Weekend)

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was refused attendance at church Services from 1/7/19 untill 4/22/19. Greivances Ignored.

See attached Witness statements and my Letter of 4-20-19...

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Treated by medical @ sick call.

Mental Duress / Worsening of P.T.S.D...

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Please make them hire a Part time chaplain, Grant me unspecified Damages so I can donate it back to the jail for a chaplains Salary, Make them allow me to attend Church Services in person with Preacher/Volunteer. Include Fees...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Barrow County Jail in Winder Georgia.

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*I + My Mother filed a F.O.I.A request to no avail. All claims, Electronic Grievances are not Available to prisoners + thus arent Attached.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

On inmate Kiosk.

2.    What did you claim in your grievance?

Interferance with Religion ie-(42 USC §2000cc) Violation of "Least Restrictive" provision of RLUIPA. Not allowed Church attendance.

3.    What was the result, if any?

"Greivance Unfounded".

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

filed numerous grievances since 1/1/19 untill 4-15-19. Last grievance appeal from 4/5/19 was rejected. No action taken! Appealed to Major,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I notified the Sherrif, Major, and the County Commision & also the Local Newspaper.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.     Docket or index number

_____

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition  _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/22/19

Signature of Plaintiff        Jonathon Wallace Tucker Pro-Se

Printed Name of Plaintiff     Jonathan Wallace Tucker

Prison Identification #       Barrow Co. # 36133

Prison Address               Barrow Co. GA. / 652 Barrow Pk. Dr.

Winder                                              GA            30680
|          | City | State | Zip Code |

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

                             _____
|          | City | State | Zip Code |

Telephone Number             _____

E-mail Address               _____

page 11 of inmate Handbook

## Religous Services And Practices

It is the policy of the Barrow County Detention Center to allow inmates to practice their individual religous Beliefs while incarcerated within the facility. Reasonable accomodations will be made to support this policy provided that such practices are not dettrimental, or have the potential to be detrimental, to the security, safety, and operation [of] the facility.

Volunteers from local area churches, and religous groups frequently provide religous services via a closed circuit television channel. Inmates will be ~~still the~~ allowed to attend these services, depending upon availability.

✱ revised 10-11-18 by Major White.

Detention Division Comander

3 days to appeal Greivances,

(4-15-19 Date of Last grievance church call)

(need written copy of Inmate Handbook and jail footage for HS Dorm during church call times, also need copy of the Login/Signin book that the pastor signs upon arrival.)

4-22-19

To: Whom it may concern.

From: Jonathan Wallace Tucker #36133
      Barrow County Jail, H-5
      652 Barrow Park Drive
      Winder, GA 30680

Re: Illegal Religious Services, To wit:

The Barrow County Jail is currently not allowing local preachers to provide me with religious services, for example most of the time when our church volunteers come to provide services we are not allowed to attend. Local preachers that I personally know from Grace Baptist Church (Bogart, GA), Winder Weslyen Church (Winder, GA), Midway Christian Church (Winder, GA), and Brother Ray Lapier from Church @ Winder (Winder, GA) are not allowed to personally present any church services and must rely on a closed-circuit live feed system in which the inmates are @ the back of the jail supposedly watching on a television and the preachers are @ the front of the jail preaching to a video camera. This is the system that has been in place since the current jail opened in 2009. However this system has become woefully inadequate due to the staff refusing to call church services for us by not advising the inmates when the preacher is here, thus the preacher preaches to a video camera that we dont even get to watch, hear, or see. On the rare occasions when the staff actually announces church call we are then made to "LOCK DOWN" and the television is turned to channell 3 while the volume is turned all the way up, so basically we are forced to sit behind a steel door in another room and attempt to listen which we cant do, we also cannot even see the T.V. @ this time. This is not Guantonimo Bay Cuba and we are not Terrorists. It would seem to me, sinner that I am, that church services should not be considered a burden to the staff, especially in the same county that stood up for the 10 Commandments display by defending a Supreme Court Case against...

P. 1 of 2

... the A.C.L.U., even going so far as to have Chief Justice Roy Moore conduct a rally on the old Court-house steps to defend Religious Freedom for Barrow County Citizen's. I AM A Barrow County Citizen! Right now this jail is in Violation of Federal Law (42 USC. § 2000cc-1) in that the staff are violating the "Free Exercise - Clause" of the First Amendment and the "Religious-Land Use and Institutionalized Persons Act" or (RLUIPA) codified @ 42 USC. § 2000cc. Basically this facility is not employing the "Least Restrictive Means" of allowing us to attend church services and is actually employing the "Most Restrictive Means" of church services. This should be a Public Outrage but most people sadly don't care about the rights of Inmates. I DO!!! Shame on this Community for being Silent about this issue. We're talking about GOD and it would seem to me that this jail should be encouraging church services due to it's therepuetic effects that have been documented thoroughly by the United States Dept. of Justice (Bureau of Statistics), in fact US. Senator Ted Kennedy said during debate of this legislation (RLUIPA) that "Sincere faith and worship can be an indispensable part of rehabilitation". I have filed numerous grievances since my arrival on 1/7/19 all to no avail! This is a continuing and willfull act by the staff. Shame on them. Accordingly you may be interested to know that I regretfully plan on filing a federal civil suit against this facility. Please note, I am not even remotely interested in money from this. I am not trying to be slick or conniving, and any financial damages awarded to me I Am will donate back 100% of the proceeds to this facility so that it may hire a part time chaplain to make sure that these kind of abuses never happen again. In other words I'm standing up for GOD that's it. I have already "Exhausted Administrative-Remedies" in this matter and am notifying you merely as a proffessional courtesy. Good Day Ma'am/Sir..

Humbly, Jonathan Tucker

CC. - Interested Parties.

P. 2 of 2

"Defendant's Liability"

(Major White)
Defendant 1: Violated mightely my Rights by continued inaction by not addressing my numerous Grievances about Lack of interference with Religious Services. He is the jail Commander and should have been notified about my greivances and appeals as per the Inmate handbook page "Religious Services Policy & Grievance Policy of the Jail. My Mother also notified him. Not honoring 42 USC §2000cc., and the 1st Amendment's Free Exercise Clause. Deliberate Indifference Shown.

(Jud Smith)
Defendant 2: Violated my Rights by failing to properly supervise the Jail operations Commander Major White and was notified by my mother, also failing to uphold 42 USC §2000cc. Deliberate Indifference Shown. Contempt of Federal Law. Was Notified of Grievances.

Kevin McDougald # 33416                    4/20/19

On several occasions our dorm has been refused the right to church services. When we are alowd service It's behind the cell door to our room with the volume turned up to the max. The sound isn't even audible. This only happens once in a blue moon. Church service shouldn't be a priviledge and used against us like animals. By Federal Law (42 USC § 2000cc1) "Freedom of Religion". If we had church call It would stop a lot of foolishness in the Dorm. Any Info on this would be greatly appreciated,

Sincerly.

#30019

Arp 20, 19

Tommie Riders Sr is in room 110

I have not heard anyone Call chuch call
in the last Few's week's I been in here
ist very bad when we cant get to see
the Folk's that come to do God work
I think it very Badly For us to
have to do with out God word?

James Rol Sr. #30019

5-20-19

Robert James Cooper #17492                    4/20/19

On multiple occasions we have been locked down for
church call and forced to try to hear the preacher
on a television screen through a steel door in our cells
I do not believe this is right I believe that this jail
(Barrow County Detention Center) has ill trained officers and
staff that ~~continue~~ continuously excersise our "Church Call"
as a privilage not allowing us to attend our church
Service on Sunday I am in full support of any legal action
that is taken to stop this from happening to inmates again.

Sincerly,

(Robert J. Cooper)

## Declaration

I, Antavis Marquez Flanigan wish to make the following statement under the penalty of perjury as follows:

On may 4th 2019, the doem of Hotel 5 was deimed again the right to go to Chuech by Sgt. tuenee. I have been denied this multiple times before today, we as a Doem Are being forced to Down play our religion. we Are being locked in our cells during the time we Are suppose to have our Chuech calls.

Respectfully
Antavis Flanigan
5-4-2019

# Declaration

I James Oliver Johnson wish to make the following statement under the penalty of perjury as follows:

On May 5, 2019 approximately 3:15 pm during our free time, that lasts forty-five minutes. One inmate requested religious service "church call". The officer on duty, deputy friel informed inmates that where out of there cells on free time to lock down and prepare to go back to there cells for church call which is rediculous.

He then turned on the television to enable church call. Inmates are unable to watch or hear the television while they had the service. The constitutional first amendment states religion and political freedom. No person shall be deprieved of life liberty, or property except by due process of law. Church involves a area to practice worship.

The Sheriffs department is using there power of authority to violate our rights as United States Citizens. After we had church call the officer then opened cells for the next tear to come out for free time around 3:35 pm. As the inmates were making phone calls and watching television in the day room. The officer recieved a phone call from the front office. The officer immediately forced the inmate to lock down and return to there cells without having there portion of

# Declaration

I, Nicholas McDaniel wish to make the following statement under the Penalty of PerJury as follows:

As I am a christian inmate, I was infurieted with the way the staff ran "church call" under Lt. Greeson orders this morning. The entire pod of H-5 was ordered to "Lockdown" in which we did, they put us in our cells then shut and Locked the Doors. Officer Freil then turned the T.V. to the "Live Feed" channel on the main T.V. in the pod with the volume on max. Even with that being said I could not hear, nor could I see the preacher or what he was preaching about on the T.V.! I was highly upset with the way I was treated when I wanted to attend church services and felt I was denied the church service the way the staff ran the services.

Respectfully Inmate # 15142

Nick McDaniel

5-4-19

# Declaration

I James Oliver Johnson wish to move the following statement under the penalty of perjury as follows:

Deputy Friel surveyed H.S. on May 4 2019 Inmates have free time in the mornings between eight o'clock and eleven am. The dorm holds sixty people. Inmates are divided up to... their allows of twenty one inmates out... they only let there cells for free time we are given... forty five minutes of free time... by inmates are locked down to only one hour and forty five minutes also have to eat possibly... the inmates also have to eat possibly... one hour and forty five minutes... true nature it is inhumane to... put a cell for three times of... exit a cell of... out one hour and forty-five minutes... most often the time our... the time for sleeping is... the officer told the inmates... desk to our cells we are... the church... being detained from our... such as... legal costs setember our cells... religious services inside our cells... the service is over a clock on... our sunday on our cells week... without our decisions... flor car for take someone to... has a assigned area... purposes instead of being it for...

Grievances filed by J. Tucker
@ Barrow County Jail's Inmate Kiosk!

(3:59 P.M.) 2/1/19 - "Church call is never anounced in any living unit. I would like to participate in church services. GOD knows the folks in hear need to hear a good preacher."

(6:34 AM,) 2/5/19 - [Response] "Church services are provided when available to the facility."

(9:49 P.M.) 2/11/19 - "the officers never announce church call and allow us to participate even though the church volunteers are coming here. there seems to be a lack of communication between the front officers and the dorm officers. I enjoy church services and the benifits of religious services is well known to the correctional community. Please announce all church services and allow me to participate."

(8:56 AM,) 2/12/19 - [Response] "I will speak to upper command staff concerning this issue."

(10:54 PM,) 4/4/19 - "I am not allowed to attend church services, I was
(4-15-19?) told today by the dorm ofc., Mr. Jackson that the preacher didnt come but ofc. Friel told me today that the preacher did in fact come. last week the staff ran church call by locking us all down and turning on the tv. with the volume all the way up. this is not guantonimo bay and we are not terrorists. please allow me to attend church services. Please consider this an official "Request for Religious Accomodation" as per the Religious Land Use and Institutionalized Persons Act of 2000, codified at 42 USC 2000cc. this treatment does not comport with the "Least Restrictive" requirements of the aforementioned law. State and Federal civil actions will follow shortly, you have my word on that, if this facility doesn't start allowing group access to worship services. I will not be writing any further grievances in this matter. Please note I have filed numerous previous grievances about this same issue and this is most definetley a continous and willfull act by knowledgeable staff.

(8:32 AM,) 4/16/19 - [Response] "If you can hear church service, then you are attending church service".

Grievances filed by J. Tucker

Page 2of2

[Appeal]

(9:29 P.M.) 4/18/19 - I wish to appeal the grievance response I
(4-19-19) recieved from my grievance dated 4-15-19. I wish to appeal
to the "detention division commander". I am not
allowed to attend proper church services as stated in the
inmate handbook on page 11. This facility is not employing
the "Least Restrictive" means as stated in "42 USC 2000cc".
Litigation to follow.. Have a blessed day man/sir..

(8:34 A.M.) 4/22/19 - [response] "Grievance Unfouned".

(3:44 P.M.) 5/4/19 - "Once again I was not allowed group worship. Also
I couldn't hear, see, or watch T.V. Church."

(8:23 A.M.) - 5/7/19 - [Response] Grievance Unfounded.

(6:55 A.M.) - 5/7/19 - [Appeal] - "I wish to appeal the grievance response
I recieved on 5/7/19 from my grievance of 5/4/19..
Sent to Detention Division Commander.

*Response - "Grievance Denied"..